U.S. District Court
Northern District of Texas
1000 Lamar St. Rm #203
Wichita Falls, TX 76301

7-24CV-026-O

January 18, 2024

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 26 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Sub: Denial of Access to Courts...

Dear Clerk,

    Please read carefully, as I am in need of assistance from the courts, in order to pursue the relief I'm seeking.
    I understand that, to file a §1983 suit I must "exhaust all administrative remedies, including the Inmate Grievance System." However, I am meeting a bout of resistance from the staff here, as they're refusing to properly screen and/or respond to my grievances regarding my issue. Per policy, I filed a grievance (Grievance #2023093576) on 4-16-23; it was returned a day later, improperly screened, stating "The issue presented is not grievable." On 4-20-23, I followed up by filing a Step Two, only to have it returned without being responded to.
    Technically speaking, I've done all I can to exhaust all administrative remedies by filing the Step One and Step Two grievances but because staff has either improperly screened my grievance or refused to respond to them altogether, I am being denied access to courts because they're deliberately hindering me from filing the necessary paperwork, seemingly sabotaging my efforts. Enclosed is documentary evidence (i.e. I-60s, grievances, etc.) to show where I've tried to inquire about the grievances responses and timeliness. I would like the enclosed documents back.
    In closing, I am in **partial** understanding of the law and how things work. And I note that this is a adversarial process. However, I am only seeking to have a fair and just opportunity to present my issues to the courts, without being sabotaged or retaliated against. Please respond at your earliest convenience, I would greatly appreciate it! I'm blessed you took the time to read this. God bless you.

P.S. The documents enclosed are to simply show that I've tried to keep up with the status of all grievances, so that I may exhaust administrative remedies and stay within guidelines of state and federal law. Please read carefully and understand that the timeliness or lack thereof falls on staff!!!

Respectfully,

Jeunjerelle Jackson
TDCJ #1622473

MR. DEUNJENEILLE L. JACKSON #1622473
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK, TX 76367



DISTRICT CLERK
U.S. DISTRICT COURT
NORTHERN DIST. OF TEXAS
1000 LAMAR ST. RM #203
WICHITA FALLS, TX 76301



RECEIVED
FEB 2 6 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL!

> PRIVILEGED OFFENDER MAIL
> NOT INSPECTED BY TEXAS
> DEPARTMENT OF CRIMINAL
> JUSTICE CORRECTIONAL
> INSTITUTIONS DIVISION