IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **DEUNJERELLE L. JACKSON,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| V. § | Civil Action No.: 7:24-CV-026-O |
| § | |
| **KATHERINE RUSHING,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## FINAL JUDGMENT

The Court issues this Final Judgment pursuant to its Order. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that Deunjerelle L. Jackson's motion under 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this **14th day** of **March 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE